# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1535.  ERIK VOGELSANG v. THE STATE.**

In 2013, Erik Vogelsang pled guilty to four counts of sexual exploitation of children.  He later filed a motion for a transcript of his guilty plea hearing at government expense.  Vogelsang attached a proposed habeas corpus petition.  The trial court denied the motion, and Vogelsang filed this direct appeal.  We, however, lack jurisdiction.

"[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996.  Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8.  Here, although Vogelsang is contemplating filing a habeas corpus petition, he has not yet done so.  Accordingly, he was required to comply with the discretionary appeal procedure to appeal the trial court's order.  His failure to do so deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/07/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*